United States federal Court
Boston Massachusets

FILED
IN CLERKS OFFICE
2020 JUN -8 AM 11:06
U.S. DISTRICT COURT
DISTRICT OF MASS.

Olin Hulsey

vs

United States                              in: Civil Rights

Petition for Relief from Civil Rights Violations, Americans with Disabilities Act.

Comes now, Olin Hulsey, Pro Se, and request the Court to intervene, so as to prevent Hulseys civil rights from being violated any further.

① The Americans with Disabilities Act sets forth federal law that, provides that Disabled persons are not required to disclose there diagnosis, or any details about there treatments.

Olin Dale Hulsey is a Disabled Combat Veteran. He served his Country in 1990, 1991 in combat in the middle east, Dessert Shield Dessert Storm.

Olin Dale Hulsey earned his rights

Hulsey was granted his disability by the countrys highest disability court. The Board of Veterans Appeals in D.C.

Hulseys Disability was rated 100% Total and Permanent.

Note: It would be a matter of convience for the court in Alabama, if Hulsey was homeless and hungry when it was time conclude matters that what the eleventh Circuit sealed.

Currently Hulsey is still in lockup/SHU at fmc Devens, where he has been for over a month

Today once again, Mental Health staff tried to question me about my mental health issues.
Hulsey has repeatedly told them that it was a violation of his rights ADA.

Hulseys care is at the VA Medical Center. Hulsey got two things from serving his country and going to war.
My healthcare and I got sick.
Both of which are nobody's business.

Nobody can require me to put my business in public domain.

Hulsey is once again falsely imprisoned that petition will follow.

for the above stated reasons, Constitutional Rights to Privacy, Civil Rights and Federal Law, American with Disabilities Act.

Hulsey requests the Court to intervene and issue an Order to Fort Devens to stop the harassment about Hulseys protected records and continued harassment about Hulseys protected information about his Disability. (Temporary, Immediate Order) pending petition

Hulsey requests the Court Order that any information created on Hulsey be deemed illegal and should be sealed and destroyed.

Hulsey request the court to order Fort Devens that if Hulsey needs care that he be transported to the nearest V.A. medical center

For This I Pray

Done This Day —

Jim Dale Hulsey
Disabled Combat Veteran

United States Federal Court
Boston Massachusetts

Olin Wilsey
                vs.
United States                              re  Civil Rights


Certificate of Service


United States Attorney


Federal Medical Center Devens
PO Box 879
Ayer Ma 01432