To whom it may concern,

The Habeas Petition is a result of yet another false imprisonment to cover up previous false imprisonments involving the Grand Wizard of the KKK.

The cases involved are combined in

Hulsey vs State of Alabama et al. (sealed)

United States vs. Alvin Hulsey ie stalking.

The previous petitions show how Hulsey proved that the entire Courts integrity was completely lacking, when he was sent to prison in 1999.

Hulseys Civil Rights law suit is probably the biggest case in Alabama since Martin Luther King came thru.

The Eleventh Circuit Court of Appeals sealed that case to potentially avoid connecting Hulseys civil rights suit to hundreds of other cases

United States District Court
Oklahoma City, Oklahoma

CC:  United States Federal Court
     Northern District of Alabama

Re: United States vs Olin Hulsey Stalking
    Hulsey vs State of Alabama et al
Habeas Corpus Petition, Denial of Access to the
United States Supreme Court, Alabama KKK retaliation
False Imprisonment (Hostage Situation) Expedient Review

Comes now, Olin Hulsey, Pro Se, and seeks the Courts
immediate action to most certainly save his life.

In the first week of March 2020, Hulsey traveled to
Washington DC to take his legal documents to the
Supreme Court because the relentless terroristic harassment
and vandalizm from the KKK, and the refusal of the
Court to intervene.

At the Supreme Court Hulsey was surrounded by
FBI agents and they took Hulseys legal documents
and put them in a garbage bag. Hulsey was held
for over three hours until they could make a
illegal warrent in Alabama for which he is still
being held.

Note: Hulsey is a Disabled Combat Veteran and
      his service animal was sent to the pound.

All of the above evloinates from a 1999 false
imprisonment in the State of Alabama where

Hulsey was knowingly, falsely imprisoned by a Judge who today is the Grand Wizard of the KKK. Judge Steve Wilson

Vote. You can view Judge Steve Wilson in the Alabama History Book. When George Wallace gave his famous speech on 'the school house steps at the U of A. (Segregation yesterday, segregation today, segregation forever) Judge Steve Wilson was standing right next to him with three fingers hanging out of his pocket.

Hulsey was given a favorable decision by the Eleventh Circuit Court of Appeals only a couple days before this current false imprisonment took place. Because nearly all of the facts in the complaint for stalking for which Hulsey is being held now, are contained within the civil rights petition, which the Eleventh Circuit has ordered to be sealed. You can not litigate one without litigating the other.

Hulsey raises the following Issues in this Habeaus Petition

1) Denial of Access to the U.S. Supreme Court
2) False Imprisonment repeated hostage situation
3) Pure Retaliation Selective and Vindictive.
4) Expedient Review
5) The Court is without jurisdiction to order a mental exam.

Issue 1
Denial of Access to the U.S. Supreme Court

At the time Hulsey traveled to the Supreme Court in Washington D.C. he had no idea that the Eleventh Circuit Court of Appeals had made a decision or that the case: Hulsey vs State of Alabama et al had been sealed. And in actuality has no bearing as to the Constitutional Violations laid out in this argument.

Note: Appeallate Issues are decided by Appealate Courts, Law Enforcement officers don't get to decide what issues are put before the Court.

At 10:00 am that morning, Hulsey had not any warrants anywhere. For what reason did the FBI detain Hulsey? and take away his legal documents and refuse to allow him to go to the Clerks office at the U.S. Supreme Court?

Please Do Tell........

Hulseys Constitutional Rights to have access to the Courts was more than obviously violated.

Hulsey prays that this Court take corrective measures imediately.

Issue 2.
False imprisonment repeated Hostage situation

At the present time Hulsey is falsely imprisoned in transit at Grady Co jail in Oklahoma.
Note: Hulsey has been falsely imprisoned 4 times in the last 16 months, each and every time the kkk was involved.
Hulsey has yet to be convicted of any crime.

Hulsey was held Hostage in Pensacola florida for 4 months in 2019, the facts about that false imprisonment are described in the petition Hulsey filed in the Northern District of florida.
case: Hulsey vs State of florida 319 cv 1979

Hulsey was again falsely imprisoned in Birmingham Alabama, the facts about that case are described in the amendment to the previous petition filed in the Northern District of Alabama.
case Hulsey vs State of Alabama 219 cv ???

Hulsey was again falsely imprisoned in the State of Lousiana when the alledged victim in Hulseys present case, filed/signed a coroners warrent to have Hulsey

committed to a mental health facility.

Note: Hulsey was released two weeks later because he had not done anything that was committable, from the VA Medical Center in Shreveport, La.

Hulseys present false imprisonment once again involves Jenniffer Harrison, Hulseys sister. Harrison is (Jan, Illuminati). Hulsey filed with the federal Court in Birmingham Alabama asking the Court to intervene because Harrison had stolen a large amount of Hulseys Government issued VA disability funds.
All of the above false imprisonments were consolidated on appeal to the Eleventh Circuit Court of Appeals:
Jenniffer Harrison is a named Defendant in the case:
    Hulsey vs State of Alabama et al.
The present imprisonment took place only a couple days after the appellate court issued a decision in Hulseys favor and sealed the case.

Almost all of the facts contained in the complaint for the present case of stalking are contained within the

civil rights case that the appellate court sealed. At the Initial Hearing / 72 Hour hearing that was held by video, Hulsey raised the issue of Collateral Estoppel.

Unless the Eleventh Circuit Court of Appeals will unseal the case Hulsey vs State of Alabama et. al. There is no way to litigate the current case.
The Court is without jurisdiction to hold Hulsey on said stalking charge so the Court has no jurisdiction to order a mental exam.

Hulsey pray the Court take immediate action and issue a release order so as to no longer violate Hulseys Constitutional Rights

Issue 3
Pure Retaliation Selective and Vindictive

After numerous false imprisonments (Literally Hostage Situation) Nonstop terroristic harassment, repeated vandalism, falsification of Government Medical Records, Causing Hulsey to be denied service at the VA medical Center, Causing Hulsey to be denied his disability at the VA. Hulsey had no choice but to pursue the Civil Rights lawsuit to once again be free.
The Eleventh Circuit Court of Appeals issued a favorable decision to Hulsey only a couple days before the current charge of stalking came to exist.
The charge of stalking evolves from a single text message that occurred more than three months before Hulseys arrest.
One has to ask, why was it over three months? (Selective Nature).
In the case raised in this complaint, and sealed by the Eleventh Circuit; case Hulsey vs State of Florida #3:19 cv 1979
At that arraignment on Jan 31, 2019 In Court, Hulsey did argue that the court lacked jurisdiction to hold him outside Alabama because he was still a state inmate who had never been given a order of release. Either they get him released or return him to Alabama.
In 2003 the US Supreme Court issued a decision

to Alabama in a case: Inmate vs Alabama and ruled that Alabama couldn't house inmates outside the State. as it constituted Cruel and Unusual Punishment.
Not only does this frivolous stalking charges come out of the same District Court who previously denied Hulsey's petition; Hulsey vs State of Alabama 219 cv ???
It seems to be a very selective Time for Hulsey to get arrested.
One Could Easily Conclude that this charge of stalking is to say the least, Vindictive.

Hulsey prays the Court take imediate action and issue a release order so as to no longer violate Hulseys Constitutional Rights

Issue 4.
Expedient Review

With all of the repeated false imprisonments and literal hostage situations Hulsey has had to endure. With not a single conviction of any crime. From any of the three states that Hulsey was held. Now Hulsey is being held hostage in violation of the Constitution once again in the federal system.
The same set of facts that the three states failed to obtain a conviction with, is the facts the government is again using. Hulsey raised the issue to the trial court and the Judges reply was (I don't know what you talking about)

One must ask themselves: Why would so many court officers jeopardize there integrity in order to cover up for someone who lacked integrity so many years ago.

Olin Hulsey is a Combat Veteran who served his country honorably. Now he is once again falsely imprisoned in violation of the U.S. Constitution.
Hulsey prays this Court take corrective measures imediately.

Issue 5.
The Court is without jurisdiction to order a mental exam.

Note: Anytime a Defendant raises a Constitutional issue in Court, The court is required to issue a specific written finding.
(Constitutional Issues are immediately appealable)

Hulsey at this time has been falsely imprisoned for almost 2 months. Hulsey has only had one video hearing at which Hulsey refused to waive his presence at the hearing or any other.

Hulsey raised multiple Constitutional issues to the District Court Judge as to the stalking charge. The Judge replied I don't know what your talking about.)
Thus once again Hulsey is being held hostage.

For the purpose of this argument, If the trial court can't litigate the charge. The court lacks jurisdiction to hold Hulsey on said charge. If the imprisonment is Unconstitutional the trial court is without jurisdiction to order a mental exam.

For what reason does the trial court want

11)

to have Hulsey examined.?

If someone with integrity was to review the petitions that Hulsey filed in Florida and in Alabama for which were combined on appeal.

They will obviously see that the same issues of illegal confinement and the different states trying to make Hulsey undergo mental exams

Now its a federal judge (obviously KKK affiliated) who disregards Hulseys Constitutional Rights and seeks the same thing.

What does these KKK people want?

① Possibly to try to hurt Hulseys disability that has already been decided by the nations highest disability court. The Board of Veterans Appeals.
② Possibly hurt, injure or kill Hulsey in a mental facility (Hulseys care is of the V.A.)
③ Cause harm to Hulseys civil rights lawsuits
Note: Hulsey has done nothing that is committable, or had any type of conflict with any federal officer during the entire two months. Not any problem with the medical staff in 8 different facilities.

Hulsey did tell the trial Judge at the video initial hearing to fuck him, and the kkk after the Judge acted like a ass.

Hulsey could be found in contempt but there is no crime or compatible circumstance.

Note: Certain Due Process Time guidelines are suspended when a court orders a mental exam.

Hulsey has raised many issues by written Motions yet the Trial Court has failed to issue a written finding as to any Constitutional Issue.

Constitutional Issues must be addressed, if the court lacks jurisdiction to hold Hulsey, The Court cannot order him to an exam.

For the above stated reasons, The trial court must issue a specific written finding to all the issues Hulsey has raised.

Hulsey prays that the court take corrective measures imediately and issue an order of release.

Conclusion,

Hulsey is being held in violation of the Constitution. The Court literally doesnt care. They know the present case cant be tried unless you unseal: Hulsey vs State of Alabama et al.
Probably the largest case in Alabama since Martin Luther King case there.

There is absolutely no reason for Hulsey to go to a mental exam. The information cant be used in any other criminal matter or this one..

But it can be used for civil matters like Hulsey Disability or civil rights suit. (civil matters)

The kkk cant hold Hulsey Hostage so a kkk Doctor can say what the kkk wants.

Done this Day 3 May 20

Olin Dale Hulsey
Disabled Combat Veteran.